UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

SADIQ MILES,

                    Plaintiff,

v.

CONNIE S. BISBEE, *et al.*,

                    Defendants.

Case No. 3:18-cv-00277-MMD-WGC

ORDER

Plaintiff previously filed an application to proceed *in forma pauperis* and submitted a civil rights complaint under 42 U.S.C. § 1983. (ECF Nos. 1, 1-1.) The Court screened the complaint and the parties had an inmate early mediation conference. (ECF Nos. 5, 8, 9.) In light of the mediation conference, Plaintiff moves to voluntarily dismiss his case without prejudice. (ECF No. 10.)

Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The Court grants Plaintiff's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case. As such, the Court dismisses this action without prejudice.

For the foregoing reasons, it is ordered that the motion for voluntary dismissal (ECF No. 10) is granted.

It is further ordered that this action is dismissed in its entirety without prejudice.

///

///

///

///

///

It is further ordered that the Clerk of the Court will close the case and enter judgment accordingly.

DATED THIS 4th day of November 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE